# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BE LABS, INC.,**<br>Plaintiff,<br><br>v.<br><br>**WYZE LABS, INC.,**<br>Defendant. | CASE NO. 1:23-CV-00553-CFC<br>PATENT CASE<br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff BE Labs, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Wyze Labs, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 20, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
600 Mamaroneck Ave STE 400
Harrison, NY 10528

                                       7736694590
                                       isaac@rabilaw.com

                                       **Counsel for Plaintiff**
                                       **BE Labs, Inc.**

SO ORDERED this _____ day of _____, 2023.

                                       _____
                                       UNITED STATES DISTRICT JUDGE